UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DINU,<br><br>         Plaintiff,<br><br>  -against-<br><br>NORTHWELL HEALTH INC., et al.,<br><br>         Defendants. | 25-CV-3281 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Defendants' deadlines to file (1) their reply to their motion to dismiss and (2) their opposition to Plaintiff's motion to amend are hereby STAYED *sine die*. It is hereby ORDERED that all parties appear for a conference with the Court on September 3, 2025 at 3:00 p.m., in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties should be prepared to discuss their letters to the Court at ECF Nos. 46 and 47. The Clerk of Court is respectfully directed to terminate ECF No. 46.

Dated: August 14, 2025
    New York, New York

                        SO ORDERED.

                        *Jessica Clarke*
                        JESSICA G. L. CLARKE
                        United States District Judge