



**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Traycee Ellen Klein
t  212.351.4812
f  212.878.8612
TKlein@ebglaw.com

Application GRANTED. The Court directs the Clerk of Courts to strike ECF No. 59 from the docket.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 17, 2025
New York, New York

<u>VIA ECF</u>
The Honorable Jessica G.L. Clarke
United States District Judge, USDC
500 Pearl Street, Room 1040
New York, NY 10007

> Re:    <u>Paula Dinu v. Northwell Health, Inc. et al.</u> **25 Civ. 3281 (JGLC)**

Dear Judge Clarke:

I hope this email finds you well.  I am writing to request that ECF #59 be removed from the above docket.  On Monday evening when the documents were being uploaded in connection with Defendants' motion to dismiss (ECF 58), the memorandum of law that was uploaded was not the file that should have been uploaded. It was a draft.  Among other things it was missing the Table of Authorities, it was missing the Word Certificate, the Table of Contents was incorrect, etc. As soon as I realized this, yesterday morning, I uploaded the correct file.   It is ECF #61.

Yesterday afternoon I also advised the Court of the error via communication to ECF_Error@nysd.uscourts.gov.  I was apprised this morning that "the entry was marked deficient and referred to the corrected filing" and that the erroneous filing entry cannot be removed from the docket without a court order.   To avoid confusion and use of the erroneous draft in connection with the consideration of the motion, I respectfully request that ECF #59 be removed from the docket (as it is replaced with ECF #61).

At year end, I can only imagine how busy you and your Chambers are.  I apologize for adding on to the list of things that need attention.

Wishing you all a happy and healthy holiday season.

Respectfully,

*Traycee Ellen Klein*