UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DINU,<br>Plaintiff,<br>-against-<br>NORTHWELL HEALTH INC., et al.,<br>Defendants. | 25-CV-3281 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

As discussed in the conference held in this matter on October 27, 2026, the Court sets forth the following schedule regarding Plaintiff's forthcoming amended pleading:

Plaintiff shall provide Defendants with a draft of the amended pleading and a redline against the presently operative pleading by **November 10, 2026**. Defendants shall notify Plaintiff by **November 17, 2026,** of any disputes with the drafted amended pleading, and the parties shall then confer in order to resolve those disputes.

The parties shall file a joint status letter, updating the Court as to whether the parties are in agreement regarding the amended pleading, by **November 20, 2026**. If disputes remain, the parties should indicate the scope of the disputes, and include their availability for potential conferences before the Court. If no disputes remain, Plaintiff shall file her amended pleading by **November 23, 2026**, and Defendants shall answer by **January 15, 2027**.

Discovery is stayed in this matter pending resolution of the parallel state court action (*Dinu III*). **No later than seven days after the termination of *Dinu III*,** the parties shall file a joint status letter, updating the Court as to the disposition of *Dinu III* and their positions regarding the present case.

The Clerk of Court is directed to stay this case.

Dated: October 28, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge